U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED
MAR 27 2006
ROBERT H. SHEMWELL, CLERK
BY_____ DEPUTY

RECEIVED
MAR 27 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

FRED FORD * CIVIL ACTION NO. 05-0169
 *
 *
VERSUS * JUDGE WALTER
 * MAGISTRATE JUDGE HORNSBY
UNITED STATES OF AMERICA *

## JUDGMENT

The above-captioned matter was tried before the Court without a jury on the 23rd day of January, 2006, with all parties present and represented by counsel and the Court considering the law and evidence to be in favor of the Defendant for the reasons assigned in this Court's Ruling on the Merits dated March 2, 2006;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that there by judgment herein in favor of the United States of America and that Plaintiff's claims be dismissed with prejudice.

JUDGMENT READ, SIGNED AND FILED on the 27 day of March, 2006 in Shreveport, Louisiana.

_____
UNITED STATES DISTRICT JUDGE

Judgment prepared by:

_____
JOHN A. BROADWELL - No. 1733 - T.A.
Assistant United States Attorney
United States Courthouse
300 Fannin Street, Suite 3201
Shreveport, LA 71101-3068
(318) 676-3610 // Fax: (318) 676-3642

Approved as to form:

_____
James D. Caldwell
Attorney for Plaintiff
4321 Youree Drive
Suite 400
Shreveport, LA 71105-3347
(318) 865-5626 // Fax: (318) 861-0193